UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :     **ORDER**
v.                                           :
                                             :     18 CR 585-2 (VB)
DUANE KIRBY,                                 :
                          Defendant.         :
--------------------------------------------------------------x

      Defendant has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (See Doc. #93).  Defendant's submission indicates he presently is not in the custody of the Federal Bureau of Prisons ("BOP") because he has not yet been transferred from the Orange County Jail to a BOP facility to serve the remainder of his sentence.  According to defendant, the government has taken the position that the exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A) do not apply to non-BOP inmates such as defendant.  (See Doc. #94 at 7).

      Accordingly, by June 29, 2020, the government is directed to file its response to defendant's motion.  (Doc. #93).  The government is directed to address the merits of the motion.

Dated: June 15, 2020
       White Plains, NY                     SO ORDERED:

                                                             Vincent L. Briccetti, U.S.D.J.